UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE DOUGHERTY, *individually and on behalf of others similarly situated,*

                      Plaintiffs,

– *against* –

2WITH DELI, CORP. and ANDREW WENGROVER,

                      Defendants.

**ORDER**

23-cv-3496 (ER)

      The Court is in receipt of the Mediator's report that agreement was reached on all issues. As such, the parties are directed to submit their settlement agreement for review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015) by October 3, 2023.

      It is SO ORDERED.

Dated: September 19, 2023
       New York, New York

                                                      Edgardo Ramos, U.S.D.J.